[No. 29513-3-III.   Division Three.   May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MERLE WILLIAM HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-04057-6, Tari S. Eitzen, J., entered November 15, 2010. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, A.C.J., and Lawrence-Berrey, J.

[No. 30853-7-III.   Division Three.   May 6, 2014.]

*In the Matter of the Detention of* ERNESTO LEYVA.

Appeal from a judgment of the Superior Court for Grant County, No. 09-2-00758-2, John M. Antosz, J., entered April 12, 2012. *Affirmed* by unpublished opinion per Siddoway, C.J., concurred in by Fearing, J., and Kulik, J. Pro Tem.

[No. 31053-1-III.   Division Three.   May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MELINDA R. BARRERA, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03865-4, Tari S. Eitzen, J., entered August 6, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Brown, J.

[No. 31165-1-III.   Division Three.   May 6, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES GREGORY CASTILLO, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-01162-4, David A. Elofson, J., entered August 15, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway, C.J., and Fearing, J.